# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO ACEVEDO, <br> Plaintiff, <br> v. <br> NORTHEAST LOS ANGELES POLICE DEPARTMENT; et al., <br> Defendants. | CASE NO. 2:15-CV-05601-SK <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Complaint for Failure to Comply with Scheduling Order, **IT IS ADJUDGED** that this action is hereby dismissed.[1]

DATED:  May 18, 2017

HON. STEVE KIM
U.S. MAGISTRATE JUDGE

---

[1] All parties have consented to proceed before a U.S. Magistrate Judge for all proceedings in this case. (ECF Nos. 29, 30). Accordingly, the undersigned U.S. Magistrate Judge may order entry of judgment in this case. *See* 28 U.S.C. § 636(c)(1); *Wilhelm v. Rotman*, 680 F.3d 1113, 1119-21 (9th Cir. 2012).